# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

October 8, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED** in part and **DENIED** in part. The initial pretrial conference scheduled for October 16, 2024, is adjourned to **November 20, 2024, at 4:20 p.m.** The materials described at Dkt. 5 shall be filed by **November 13, 2024.**

Dated: October 9, 2024
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Young v. VSC Holdings, LLC,*
     Case No.: 1:24-cv-6442

Dear Judge Schofield,

   The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, VSC Holdings, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for October 16, 2024, at 4:20 p.m (Dkt. 5) be adjourned for 60 days because service has not yet been effectuated and Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. The Defendant has received courtesy copies of the Summons, Complaint, as well as Your Honor's Initial Conference in this matter via-email. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.